Febrero 14 del 2018     Miami - Florida

Honorable Juez
Rober N. Scola Jr.
United States District Judge.

Cordial Saludos:

Por medio de la presente y con mucho respeto, me permito solicitarle, que por favor no me sea cambiada la fecha de mis audiencias, como el abogado ha solicitado, puesto que no estoy de acuerdo, por lo que llevo presa ya 16 meses, y quisiera resolver esta situación a la brevedad posible. Además solicitarle me conceda un abogado de oficio.

• También me precisa, darle a conocer q' mi abogado es el doctor Louis Casuso, quien hasta la fecha no ha querido entregarme el discovery que reza en su poder, manifestando que no se entiende nada.

Agradezco su colaboración

Atentamente,

Yina Ma Castañeda B.
C 59.676.647 TW

FILED by PG D.C.
FEB 20 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

16 CR 20575 RNS

MIAMI FL 331

15 FEB 2018 PM 1 L

Yura Maria Castañeda
# 15198-104.
Federal Detention Center.
P.O. Box 019120
Miami, Florida 33101-9120

Robert N. Scola Jr
United States District Judge

400 North Miami Avenue Courtroom 12-3
Miami, Florida 33128

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **16 cr 20575 RNS**

**CLERK'S NOTICE OF FILING DEFICIENCY**

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below.

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☐ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☑ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3.

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b). Please submit the required fee.

☐ Case was not filed with required filing fee of $_____ (civil cases:$400.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

Date: **02/20/2018**

STEVEN M. LARIMORE

Court Administrator • Clerk of Court

By: **PG**

Deputy Clerk

Revised May 2013