

Consulado de Colombia en Miami

```
FILED by ___ D.C.
APR 11 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

CGC. 5787                        Miami, March 22th, 2018

CLERK OF COURTS
United States District
Southern District of Florida
400 N Miami Ave
Miami, FL 33128

**REF.: CASTANEDA-BENAVIDEZ YINA
CASE #: 16-20575-CR-SCOLA/OTAZO-REYES**

Dear Clerk:

The Consulate General has been directed by the Ministry of Foreign Affairs of Colombia to forward the following documents for filing to the court and to the interested parties in the case above:

. - Copy of Diplomatic Note 1941 dated November 18, 2017, which contains the assurances made by the Government of the United States to the Government of Colombia, in regards to the above extradition.

. - Copy of the Resolution 272 dated July 19, 2017, and Resolution 356 dated October 17, 2017 by which the Ministry of the Interior and Justice of Colombia decided and confirmed the request for extradition of Defendant. It is important to underline that article third (3) of the former Resolution provide as follows.

*"To warn the Requisitioning State on the fact that the citizen extradited may not be tried or convicted for any prior act other than the reason for the present extradition according with the constitutional and legal provisions, and, particularly with those contained in paragraph 1st Section 494 of Law 906/2004".*

Hence, should Defendant be convicted, we respectfully request that you provide us with a copy of the Order of Judgment and Commitment.

The Consulate General of Colombia appreciates all the attention that you can offer to this matter.

Cordially,

*[signature]*

**MARTA JARAMILLO**
**Consul General**

FROM:
**CONSULATE OF COLOMBIA**
280 ARAGON AVE
CORAL GABLES, FL.3313/

**CLERK OF C(**
United State
Southern Di:
400 N Miam
Miami, FL. 3