**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.16-CR-20575-SCOLA

UNITED STATES OF AMERICA
Plaintiff,

vs.

YINA MARIA CASTANEDA BENAVIDEZ
Defendant,
_____/

## MOTION FOR GARCIA HEARING

COMES NOW the defendant YINA MARIA CASTANEDA BENAVIDEZ and moves this Honorable Court for a Garcia Hearing to determine if there is a conflict between undersigned's representation of her as well as that of Jefferson Minota Case # 16-CR-20538-COOKE/TORRES.

Undersigned counsel learned last week that Jefferson Minota, if called by the Government, can offer evidence against Ms. Castaneda.

Under the circumstances, if Ms. Castaneda decides to go to trial she cannot be represented by the undersigned as it would pose a conflict.

Undersigned has asked Ms. Castaneda what her intentions are and she is undecided as of this date. Trial has been set for June 25,2018.

Undersigned has no conflict in representing Ms. Castaneda if she pleads or if she goes to trial and Mr. Minota is not

called but if she goes to trial and Mr. Minota is called undersigned cannot cross examine him as undersigned represents him.

This situation came to undersigned's attention last week and that is the reason we are making the matter known to the court.

WHEREFORE we ask that the court conduct a hearing so that the issues raised in the foregoing can be addressed.

The Government has no objection to this motion.

Respectfully Submitted,

s/LOUIS CASUSO
LOUIS CASUSO, Esq.
FL. Bar Number 0179470
Law Offices of Louis Casuso
14 NE 1st Avenue, Suite 702
Miami, FL 33132
(305) 374-1500
(305) 374-0127 fax
Email: lclouielaw@aol.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed to Defendant Jefferson Minota Orobio and Yina Maria Castaneda Benavidez to FDC Miami located at P.O. Box 019120, Miami, Florida 33101 on this 30TH day of May, 2018.

BY:S/LOUIS CASUSO
LOUIS CASUSO, Esq.