UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20575-CR-SCOLA

**UNITED STATES OF AMERICA**

vs.

**YINA MARIA CASTANEDA BENAVIDEZ,**

      **Defendant.**
_____/

**UNITED STATES OF AMERICA'S TRIAL WITNESS LIST**

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this list of witnesses that the United States intends to call during its case-in-chief.  The United States requests leave to call additional witnesses as may be needed during trial and reserves its right to call other witnesses in rebuttal.

1. Colombian National Police Officer "Ana Maria"
2. Ceneiber Quinones Jurado
3. Jefferson Ali Sevillano Quinones
4. Fausto Mario Gaspar Gonzalez
5. Julio Armando Belalcazar Estacio
6. Amanda M. Bourgeois (formerly Ontiveros-Lopez), United States Coast Guard
7. Frank Caira, Drug Enforcement Administration
8. Daniel Kane, Homeland Security Investigations
9. Senior Forensic Chemist Jeanette M. Perr, Drug Enforcement Administration

1

10. Ariel Alberto Angulo Lasso

11. Jefferson Xavier Bravo Espinosa

12. Intelligence Analyst Manager Justin Miller, Drug Enforcement Administration

                                            Respectfully submitted,

                                            ARIANA FAJARDO ORSHAN
                                            UNITED STATES ATTORNEY

By:    /s/ *Joseph M. Schuster*
        Joseph M. Schuster
        Assistant United States Attorney
        Southern District of Florida
        Court ID # A5502182
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9336
        Fax: (305) 530-7976
        joseph.schuster@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Joseph M. Schuster*
Assistant United States Attorney