UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
21 U.S.C. § 963

UNITED STATES OF AMERICA

vs.

YINA MARIA CASTANEDA BENAVIDEZ,
    a/k/a "La Reina,"
    a/k/a "Ingeniera,"

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around April 2015, and continuing through the date of the return of this Indictment, in the countries of Colombia, Ecuador, Costa Rica, Guatemala, Mexico, and elsewhere, the defendant,

YINA MARIA CASTANEDA BENAVIDEZ,
    a/k/a "La Reina,"
    a/k/a "Ingeniera,"

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendant, the controlled substance involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

WIFREDO A. FERRER
UNITED STATES ATTORNEY


_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY