United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Case No. 16-20575-CR-Scola |
| Yina Maria Castaneda Benavidez, Defendant. | ) ) ) |

**Jury Note/Question**

We have reached a verdict, but the foreperson has requested that his/her signature be redacted from the verdict form before becoming public record, if so.