United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, )<br>Plaintiff )<br> )<br>v. )<br> )<br>Yina Maria Castaneda Benavidez. )<br>Defendant. )<br> )<br> ) | Criminal Case No. 16-20575-CR-Scola |

## Verdict Form

We, the Jury, in the above-captioned case, unanimously find as follows:

1. As to the sole Count in the Indictment, we find the Defendant **Yina Maria Castaneda Benavidez:**

GUILTY **X**          NOT GUILTY ____

*(If you find the Defendant guilty as to Question 1, proceed to Question 2. If you find the Defendant not guilty as to Question 1, do not answer Question 2).*

2. We, the Jury in the above-captioned case, having found the Defendant, **Yina Maria Castaneda Benavidez,** guilty, further find the unlawful plan was to distribute the following amount of a mixture and substance containing a detectable amount of cocaine:

(a) Five Kilograms or More          X

(b) 500 Grams or more but less than Five Kilograms   _____

(c) Less Than 500 Grams          _____

**So Say We All.**

Signed and dated at the Wilkie D. Ferguson, Jr. Federal Courthouse, Miami, Florida, this __8th__ day of October 2019.

_____     _____
Foreperson's Signature              Foreperson's Juror Number